LITTLER MENDELSON, P.C.
HARRY M. DECOURCY, Bar No. 230516
MICHAEL W. NELSON, Bar No. 287213
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| MICHAEL HERRON,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                Defendant. | Case No. 2:20-CV-00140-WBS-KJN<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

ORDER RE STIPULATION OF DISMISSAL

(NO. 2:20-CV-00140-WBS-KJN)

The Court has reviewed the Joint Stipulation for Dismissal filed by Defendants NATIONAL RAILROAD PASSENGER CORPORATION and Plaintiff MICHAEL HERRON (collectively, the "Parties").

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each Party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: July 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4847-7012-2737.1 / 090621-1095

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

ORDER RE STIPULATION OF DISMISSAL

2.

(NO. 2:20-CV-00140-WBS-KJN)